IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATSY LARA** | § | CIVIL ACTION NO. |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | |
| **FIESTA MART, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

Defendants FIESTA MART, LLC, pursuant to 28 U.S.C. §§1441 and 1332, provide notice of removal of this action styled *Patsy Lara v. Fiesta Mart, LLC,* Cause No. 153-338833-22, currently pending in the 153rd District Court of Tarrant County, Texas, and in support thereof, respectfully shows unto this Court as follows:

1. Plaintiff Patsy Lara filed her Original Petition on December 5, 2022, claiming damages from a slip and fall on Defendant Fiesta Mart's premises. Plaintiff served Defendant. with the citation on December 14, 2022; therefore, this notice is timely under 28 U.S.C. §1446(b).

2. Pursuant to 28 U.S.C. §1446 and the Local Rules of the United States District Court for the Northern District of Texas, attached are the following:

   a. All executed process in the case (Exhibit A);

   b. Pleadings asserting causes of action and all answers to such pleadings (Exhibit B);

   c. All orders signed by the state judge (Exhibit C);

   d. The docket sheet (Exhibit D);

   e. An index of matters being filed (Exhibit E);

  f. A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit F).

These documents represent all that are presently available as required.

  4. The District Courts of the United States have original jurisdiction over this action by reason of diversity of citizenship between the parties. 28 U.S.C. §1332. Plaintiff's Original Petition alleges that Plaintiff Patsy Lara is a citizen of the state of Texas.  Although Defendant Fiesta Mart LLC, is a limited liability company organized under the laws of Texas, its sole member is Bodega Latina Corp., a Delaware corporation with its principal place of business, or its "nerve center" in California. Bodega Latina is now known as Chedraui USA, Inc. Defendant Fiesta Mart LLC's citizenship as an LLC is determined by the citizenship of its members.[1]

  6. Plaintiff's Original Petition seeks monetary between $250,000 and $1,000,000. As such, the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interests and costs.

  7. Removal of this cause of action is proper under 28 U.S.C. §1441.  It is a civil action brought in state court and the District Courts of the United States have original jurisdiction over this action under 28 U.S.C. §1332, since the plaintiff and the defendant are diverse in citizenship.

  7. As required by 28 U.S.C. §1441, the 153rd District Court of Tarrant County, Texas falls within the geographical purview of this Court, and thus, venue is proper in the United Stated District Court of the Northern District of Texas, Dallas Division.

  8. Written notice of the filing of this Notice of Removal is being promptly given to Plaintiff and a notice of Filing of Notice of Removal is promptly being filed with the 153rd District Court of Tarrant County, Texas, as required by 28 U.S.C. §1446(d).

---

[1] *See e.g., Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008).

WHEREFORE, PREMISES CONSIDERED, Defendant Fiesta Mart, LLC prays that the state action now pending in the 153rd District Court of Tarrant County, Texas, be removed to this Court, and for any further relief to which Defendant is justly entitled.

        Respectfully submitted,

        MEHAFFYWEBER, P.C.

        By:/s/Maryalyce W. Cox
        Maryalyce W. Cox
        State Bar No. 24009203
        One Allen Center
        500 Dallas, Suite 2800
        Houston, Texas  77002
        Telephone  - (713) 655-1200
        Telecopier  - (713) 655-0222
        maryalycecox@mehaffyweber.com

        ATTORNEYS FOR DEFENDANT
        FIESTA MART LLC

## CERTIFICATE OF SERVICE

In addition to e-filing, this is to certify that a true and correct copy of the above and foregoing instrument has been forwarded by Certified Mail, return to receipt requested, to all counsel of record on this the 13th day of January, 2023 pursuant to both the Texas Rules of Civil Procedure and the Federal Rules of Civil Procedure.

        *Maryalyce W. Cox*
        Maryalyce W. Cox